UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL W. CUNNINGHAM<br><br>Petitioners,<br><br>v.<br><br>ALICE PAYNE,<br><br>Respondent. | Case No. C05-5293FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom United States Magistrate Judge, and the remaining record, and no objections having been filed, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DISMISSED WITHOUT PREJUDICE** on petitioner's motion.

(3) The clerk is directed to send copies of this Order to Petitioner, counsel for respondent and to the Hon. Karen L. Strombom.

DATED this 24th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1